IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MELISSA HALL                                                                                       PLAINTIFF

v.                                       Case No. 6:23-cv-06039

MARTIN J. O'MALLEY,
Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that the decision of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff, be reversed and remanded pursuant to the Sentence Four of 42 U.S.C. § 405(g).

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. The decision of the ALJ, denying benefits to Plaintiff, is hereby **REVERSED**. This case is hereby **REMANDED** to the Commissioner for further administrative action pursuant to Sentence Four of section 405(g). If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S. Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED**, this 2nd day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge