IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MELISSA HALL                                        PLAINTIFF

v.                           Case No. 6:23-cv-06039

MARTIN J. O'MALLEY,
Acting Commissioner,
Social Security Administration                                        DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Bryant recommends granting Plaintiff's Motion for Attorney's Fees (ECF No. 15) and awarding Plaintiff the sum of $7,421.90 for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Plaintiff's Motion for Attorney Fees (ECF No. 15) is hereby **GRANTED**. Plaintiff is hereby awarded the sum of **$7,421.90** for attorney's pursuant to the EAJA, 28 U.S.C. § 2412.

**IT IS SO ORDERED**, this 30th day of April, 2024.

                                                                         /s/ Susan O. Hickey
                                                                         Susan O. Hickey
                                                                         Chief United States District Judge